Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMBER ELISA ERICKSON,<br><br>     Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>     Defendant | Case No:  2:13-cv-01061-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

   WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a summary judgment motion; and

   WHEREAS, an additional extension is appropriate due to the recent furlough of agency staff causing multiple cases to be scheduled together, the analysis required for briefing is taking longer than anticipated due to the counsel's lack of familiarity with the medical and other records despite diligent efforts, the additional 45 days is required due to preplanned vacations of limited support staff familiar with the case,  and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a Forty-five (45) days extension of all deadlines in this action. This is counsel's first request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, |
| | Region IX |
| | Social Security Administration |
| /s/Robert C. Weems | By: /s/ Armand D. Roth |
| Robert C. Weems, Attorney for Plaintiff | Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization from supervising attorney, Deborah Stachel on behalf of Mr. Roth) |

SO ORDERED:

DATE: December 9  2013

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order