Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA  94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AMBER ELISA ERICKSON,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>       Defendant | Case No:  2:13-cv-01061-EFB<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

   WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a summary judgment motion; and

   WHEREAS, an additional extension of 14 days is appropriate due to: (i) the unanticipated length of preliminary hearing running from 10/28/13-12/30/13; (ii) recently concluded trial in Sonoma County & compliance with post-trial briefing; and (iii) current demands of criminal calendar, and is not requested for an improper purpose.  See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to a fourteen (14) days extension of all deadlines in this action.

1

Stipulation and Order

1  Plaintiff's motion for summary judgment will now be due on February 6, 2014, with
2  Defendant's brief due March 8, 2014. This is counsel's second request for additional
3  time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | DONNA L. CALVERT |
|  | Acting Regional Chief Counsel, |
|  | Region IX |
|  | Social Security Administration |
| /s/Robert C. Weems | By: /s/ Armand D. Roth |
| Robert C. Weems, Attorney for Plaintiff | Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization from supervising attorney, Deborah Stachel on behalf of Mr. Roth) |

   So Ordered.

DATED: January 29, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order